JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANGELA RAUSCH, | Case No. CV 17-05422 FMO (JEMx) |
| Plaintiff, | ORDER DISMISSING ACTION WITH PREJUDICE |
| v. | |
| JEFFERSON B. SESSIONS, Attorney General of the United States; FORFEITURE SUPPORT ASSOCIATES, LLC; and DOES 1 through 20, | Hon. Fernando M. Olguin |
| Defendants. | |

\\\
\\\
\\\
\\\
\\\
\\\

1

The parties having filed Stipulations for Compromise Settlement and Dismissal, IT IS HEREBY ORDERED:

1. Plaintiff's action is dismissed with prejudice in its entirety; and
2. Each party shall bear his, her or its own costs of suit, attorney's fees and expenses.

DATED: July 31, 2018

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE